[No. 21581-1-II.    Division Two.    November 7, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. HAROLD
L. BROOKS, *Appellant*.

Appeal from a judgment of the Superior Court for
Pacific County, No. 96-1-00070-0, Joel M. Penoyar, J.,
entered January 17, 1997. *Reversed* by unpublished per
curiam opinion.

[No. 38627-1-I.    Division One.    November 10, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD
LEE FONVILLE, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 81-1-00680-3, Thomas J. Wynne, J.,
entered May 9, 1996. *Affirmed in part* and *reversed in part*
by unpublished opinion per Cox, J., concurred in by
Kennedy, A.C.J., and Webster, J.

[No. 39052-0-I.    Division One.    November 10, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
H. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-00158-5, Donald D. Haley, J., entered
July 19, 1996. *Affirmed* by unpublished per curiam
opinion.

[No. 39103-8-I.    Division One.    November 10, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RALPH
MARTIN HUNTER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-00157-7, Ann Schindler, J., entered July
8, 1996. *Affirmed* by unpublished opinion per Kennedy,
A.C.J., concurred in by Coleman and Webster, JJ.